IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIX ARCHULETA,

    Plaintiff,

v.                                      No. CIV-03-0593 JB/ACT

COUNTY OF RIO ARRIBA; LORENZO J. VALDEZ,
County Of Rio Arriba Manager; ANTHONY GRIEGO,
Road Crew Supervisor; ROSE MARTINEZ, Human
Resources Director; and ELIAS CORIZ, ANDREW CHAVEZ,
and MOISES MORALES, County Commissioners,

    Defendants.

Caption.

## STIPULATION OF DISMISSAL

Defendants, County of Rio Arriba, Lorenzo J. Valdez, Anthony Griego, Elias Coriz, Andrew Chavez and Moises Morales and Plaintiff, through their attorneys of record, hereby stipulate to the dismissal with prejudice of the above-captioned cause of action. The parties have resolved all matters dealing with the claims and issues set forth in the lawsuit. Each party is to bear its own costs and attorneys' fees.

                                              Telephonic approval 5/4/04
                                              Wilbert E.A. Maez
                                              P.O. Box 3519
                                              Fairview Station
                                              Espanola, New Mexico 87533
                                              (505) 753-4935
                                              Attorney for Plaintiff

                                              GALLAGHER, CASADOS & MANN, P.C.



R. Galen Reimer
317 Commercial, N.E.
Albuquerque NM 87102
(505) 243-7848
Attorney for Defendants